

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | | |
|---|---|---|---|
| *Joel Crespo* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4422* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Joel.Crespo@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

March 4, 2026

**VIA ECF**

The Honorable Deborah L. Boardman
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 445
Greenbelt, Maryland 20770

    Re:    Status Report - *United States v. Maxwel Ariel Quijano Casco, et al.*
               Crim. No. DLB-25-210

Dear Judge Boardman:

      The Attorney General has directed this Office **not to seek the death penalty** against Maxwel Ariel Quijano-Casco, Daniel Isaias Villanueva-Bautista, and Josue Mauricio Lainez. In light of this, the Government requests that the Court schedule a further status report on April 24, 2026. The parties are currently tolling time pursuant to the Speedy Trial Act, through April 26, 2026. Please do not hesitate to contact us with any questions or concerns.

Very truly yours,

                                              Kelly O. Hayes
                                              United States Attorney

                                              _____/s/_____
                                              Joel Crespo
                                              Assistant United States Attorney

cc: All counsel of record (via ECF)